UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Sheet Metal Workers National Health Fund, | ) | |
| | ) | Civil Action No: 3:13-cv-1297 |
| Plaintiff | ) | |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| YPS Facility Services, L.P., and Glenn L. Randle, | ) | |
| | ) | |
| Defendant | ) | |

<u>ENTRY OF DEFAULT</u>

  Pending is Plaintiff's Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendants (Docket Entry No. 7). A review of the record reveals that Defendants were served on December 4, 2013, and that since being served Defendants have failed to answer within the time period allowed by law. Entry of Default against Defendants is therefore appropriate.

  Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendants YPS Facility Services, L.P., and Glenn L. Randle. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court